IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD HANSEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　　Defendant. | **8:17CV469**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that the deadline for moving to amend pleadings is extended to March 12, 2019. The deadline for either party to file a motion to add parties is May 21, 2018.

April 24, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge