IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD HANSEN,<br><br>           Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>           Defendant. | **8:17CV469**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The joint motion to continue trial, ([Filing No. 32](#)), is granted.

2) The trial and pretrial settings are vacated.

3) A status conference will be held before the undersigned magistrate judge at 2:00 p.m. on May 6, 2020 by telephone to discuss the parties' interest in alternative dispute resolution. All participants shall use the conferencing information provided by the court, ([Filing No. 17](#)), to participate in the call.

Dated this 10th day of January, 2020.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge