IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD HANSEN,<br><br>                Plaintiff,<br><br>     vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>                Defendant. | **8:17CV469**<br><br>**ORDER** |

      The parties have a scheduled mediation and are currently focused on settlement.

      Accordingly,

      IT IS ORDERED that on or before June 19, 2020, the parties shall either file a joint stipulation for dismissal of this case, or a motion with proposed deadlines for case progression to trial.

      Dated this 6th day of May, 2020.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge