IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD HANSEN,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | 8:17-CV-469<br><br>**JUDGMENT** |

This matter is before the Court on the parties' joint Stipulation for Dismissal with Prejudice (Filing 39). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 19th day of June, 2020.

BY THE COURT:

*[signature]*

Brian C. Buescher
United States District Judge